UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TONY ONTIA BROWN,<br><br>　　　　　Plaintiff,<br>　v.<br>TIMOTHY FILSON, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00425-RCJ-WGC<br><br>ORDER |

**I.　DISCUSSION**

In its June 19, 2018 Screening Order, the Court ordered Plaintiff to file his amended complaint within 30 days of the date of that order. (ECF No. 3 at 8). The amended complaint therefore is due on July 20, 2018. The Court also advised Plaintiff that, if he did not file the amended complaint by that deadline, the action would be dismissed with prejudice for failure to state a claim. (*Id.*) Plaintiff has filed a motion for an extension of time of 45 days from the date of this order to file his amended complaint. (ECF No. 5 at 1). The Court grants the motion. Plaintiff shall file his amended complaint on or before August 27, 2018.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 5) is granted. Plaintiff shall file his amended complaint on or before August 27, 2018.

1

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by August 27, 2018, this action shall be dismissed with prejudice for failure to state a claim.

DATED: July 16, 2018.

_____
UNITED STATES MAGISTRATE JUDGE