# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY ONTIA BROWN, | 3:17-cv-00425-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 26, 2020 |
| TIMOTHY FILSON, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (ECF No. 25).

Good cause appearing, Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (ECF No. 25) is **GRANTED**. Plaintiff shall have to and including **Monday, April 13, 2020**, in which to file a response to Defendant's Motion for Summary Judgment (ECF No. 20).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
       Deputy Clerk